**E-FILED**
Tuesday, 05 February, 2013  09:07:37 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   12-cv-1268 |
| | ) | |
| MELINDA S. MELVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R   &   O P I N I O N

This matter is before the Court on Plaintiff's Motion for Default Judgment of Foreclosure. (Doc. 6). Plaintiff filed its Complaint on August 6, 2012. (Doc. 1). In it, Plaintiff alleged that the Mortgage had been in default since March 22, 2011, with an outstanding balance of $90,366.68; interest accrues at a rate of $11.3567 per day. The subject property has been abandoned.

Pursuant to Federal Rule of Civil Procedure 55(a), the Court entered Defendant's default on December 4, 2012, after she had failed to plead or otherwise defend. (12/4/2012 Text Order). Defendant's liability is thus established, and is no longer in controversy. *e360 Insight v. The Spamhaus Project*, 500 F.3d 594, 604 (7th Cir. 2007); *Chathas v. Local 134 Intern. Broth. of Elec. Workers*, 233 F.3d 508, (7th Cir. 2000). The well-pleaded allegations of the Complaint are taken as true. *Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994) (citing FED. R. CIV. P. 8(d); *see also Thomson v. Wooster*, 114 U.S. 104 (1885)).

Plaintiff has now filed a Motion for Default Judgment of Foreclosure. (Doc. 6). Where "the amount claimed is liquidated or capable of ascertainment from definite

figures contained in the documentary evidence or in detailed affidavits," default judgment may be entered without a hearing on damages. *e360 Insight v. The Spamhaus Project*, 500 F.3d 594, 602 (7th Cir. 2007) (quoting *Dundee Cement Co. v. Howard Pipe & Concrete Products, Inc.*, 722 F.2d 1319, 1323 (7th Cir. 1983)). The Court has reviewed Plaintiff's submissions, and has determined that default judgment of foreclosure is appropriate. A separate Judgment of Foreclosure will be entered by the Court on this date.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment of Foreclosure (Doc. 6) is GRANTED. A separate Judgment of Foreclosure will be entered by the Court on this date.

Entered this <u>4th</u> day of February, 2013.

      s/ Joe B. McDade
_____
JOE BILLY McDADE
United States Senior District Judge
